Eastern District of Kentucky
FILED

DEC 04 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# ASHLAND

## UNITED STATES OF AMERICA

**V.**

**INDICTMENT NO.** $25\text{-}13\text{-}DCBCJS$

## NATHANIEL PARSONS

\* \* \* \* \*

## THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2252(a)(2)

In or about October 2024, in Boyd County, in the Eastern District of Kentucky,

and elsewhere,

### NATHANIEL PARSONS

did knowingly receive a visual depiction using any means or facility of interstate or

foreign commerce, including by computer, and the production of said visual depiction

involved the use of a minor engaging in sexually explicit conduct and the visual depiction

was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

### COUNT 2
### 18 U.S.C. § 2252(a)(2)

In or about November 2024, in Boyd County, in the Eastern District of Kentucky,

and elsewhere,

### NATHANIEL PARSONS

did knowingly receive a visual depiction using any means or facility of interstate or

foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 3
### 18 U.S.C. § 2252(a)(4)(B)

On or about November 20, 2024, in Boyd County, in the Eastern District of Kentucky,

**NATHANIEL PARSONS**

did knowingly possess a matter containing visual depictions, that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor, including a prepubescent minor or a minor under 12, engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 2253

1.      By virtue of the commission of the offenses alleged in the Indictment, **NATHANIEL PARSONS** shall forfeit to the United States any and all interest that he has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the violation(s) of 18 U.S.C. § 2252; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violation(s) of 18 U.S.C. § 2252; and any property, real or personal, used or intending to be used in the commission or promotion of the violation(s) of 18 U.S.C. § 2252 or traceable to such property. Any and all interest that **NATHANIEL**

**PARSONS** has in this property is vested in and forfeited to the United States pursuant to

18 U.S.C. § 2253.

2.    The property to be forfeited includes, but is not limited to, the following:

**COMPUTERS, CELLULAR PHONES, AND ASSOCIATED EQUIPMENT**:

a.  1 TB Western Digital Hard Drive S/N: WCC6Y5LKNF58
b.  Toshiba Hard Drive S/N: 31J5DGKDP
c.  750 GB Samsung Hard Drive S/N: S31P09CG501916
d.  Computer Tower and Unmarked Hard Drive
e.  Associated Software and Peripherals.

PAUL C. MCCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1-2:**    Not less than 5 years nor more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release, BUT

If such person has a prior qualifying conviction under this chapter, section 1591, chapter 71, chapter 109A, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, such person shall be fined under this title and imprisoned for not less than 15 years nor more than 40 years.

**COUNT 3:**    Not more than 10 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release, BUT

If any visual depiction involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, such person shall be fined under this title and imprisoned for not more than 20 years, or if such person has a prior conviction under this chapter, chapter 71, chapter 109A, or chapter 117, or under section 920 of Title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, such person shall be fined under this title and imprisoned for not less than 10 years nor more than 20 years.

**PLUS:**    Forfeiture of all listed property.

**PLUS:**    Mandatory special assessment of $100 per count.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

> (1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5); or

> (2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which

includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b).

**PLUS:** Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per child pornography trafficking victim.